**Electronically Filed
Supreme Court
SCWC-19-0000704
27-DEC-2024
03:20 PM
Dkt. 93 ODMR**

SCWC-19-0000704

IN THE SUPREME OF THE STATE OF HAWAI'I

_____

In the Matter of the Application of
PIONEER MILL COMPANY, LIMITED,
to register title and confirm its title to land situate at
Lāhainā, Island and County of Maui, State of Hawai'i,
and
KAHOMA LAND LLC,
Substituted Applicant as to Lots 1, 2 and 3A

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000704; LD. CT. APP. NO. 439 amended;
LD. CT. CASE NO. 09-0300)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
with Circuit Judge Kawashima, in place of Ginoza, J., recused)

Kanaloa Kanaina Kakino Koko filed a "Motion of consideration" which we review as a motion for reconsideration of the November 27, 2024, Order Dismissing Application for Writ of Certiorari.  Our rules do not allow for reconsideration of the dismissal of an application for a writ of certiorari. See Hawai'i Rules of Appellate Procedure Rule 40.1(h).  Therefore,

IT IS HEREBY ORDERED that Koko's motion is dismissed.

DATED:  Honolulu, Hawai'i, December 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ James S. Kawashima

